In re COLLATERAL INHERITANCE TAX AGAINST THE VINELAND HISTORICAL AND ANTIQUARIAN SOCIETY.

[Argued June 29th, 1904.   Decided April 28th, 1905.]

On appeal from a decree made by the ordinary, whose opinion is reported in *66 N. J. Eq.* (*21 Dick.*) *291.*

*Mr. Charles K. Landis,* for the appellant.

*Mr. J. Hampton Fithian,* for the respondent.

PER CURIAM.
Decree affirmed.

*For affirmance*—THE CHIEF-JUSTICE, FORT, PITNEY, GREEN, GRAY—5.

*For reversal*—DIXON, GARRISON, BOGERT, VREDENBURGH, VROOM—5.